IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOSEPH EARL CLARK,                )
                                  )
            Plaintiff,            )
                                  )
      v.                          )            1:20-CV-31
                                  )
CAPTAIN KAREN HENDERSON,          )
et al.,                           )
                                  )
            Defendants.           )

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Recommendation was served on the parties. The plaintiff filed objections to the Recommendation. Doc. 30. After consideration of the record and *de novo* review, the Court adopts the Magistrate Judge's Recommendation in full.

It is **ORDERED** that the plaintiff's motion for a preliminary injunction, Doc. 3, is **DENIED** and the plaintiff's motions for appointment of counsel, Docs. 22, 23, are **DENIED**.

This the 10th day of August, 2021

_____
UNITED STATES DISTRICT JUDGE