IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOSEPH EARL CLARK II, | ) |
| Plaintiff, | ) |
| v. | ) 1:20-CV-31 |
| CAPTAIN KAREN HENDERSON, et al., | ) |
| Defendants. | ) |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the Recommendation on the plaintiff. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED** that the defendants' motion to set aside entry of default, Doc. 45, is **GRANTED** and the plaintiff's motion for default judgment, Doc. 47, is **DENIED**.

This the 18th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE